UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

LEILA M. PARKER                                        :
                          Plaintiff,                   :
                                                       :
                                                       :      CIVIL NO. 3:05cv00791 (MRK)
V.                                                     :
ARAMARK HEALTHCARE SUPPORT                             :
SERVICES, INC. AND                                     :
HOSPITAL OF SAINT RAPHAEL                              :
                          Defendants                   :
                                                       :

## STIPULATION TO DISMISSAL

Plaintiff, Leila Parker, Defendant, Hospital of Saint Raphael, and Defendant ARAMARK

Healthcare Support Services, Inc., by their respective counsel, hereby stipulate to the dismissal

of the above entitled action, including the complaint and cross-claim, with prejudice and without

costs or attorneys fees to any party.


PLAINTIFF, LEILA PARKER                         DEFENDANT,
                                                HOSPITAL OF SAINT RAPHAEL


By_____                     By _____
   Edmond Clark                                    Edward M. Richters (ct 08043)
   83 Scotland Avenue                              Jackson Lewis LLP
   Madison, CT 06443                               90 State House Square, 8ᵗʰ Floor
   Ph. (203) 245-4602                              Hartford, CT 06103
   Fax (203) 245-9734                              Ph. (860) 522-0404
   Eclarkmadisonlaw@aol.com                        Fax (860) 247-1330
                                                   richtere@jacksonlewis.com


Date___22 March 2006___                         Date_____

DEFENDANT, ARAMARK HEALTHCARE
SUPPORT SERVICES, INC.


By_____

    Michael P. De Sole
    Del Sole & Del Sole, LLP
    46 South Whittlesey Avenue
    Wallingford, CT  06492
    Ph: (203)284-8000
    Fax: (203)284-9800
    Michael@delsoledelsole.com

    Date_____

## CERTIFICATION OF SERVICE.

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, on this the 28th day of August 2006, to:

Michael P. Del Sole, Esq.
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
Wallingford, CT  06492-4102


Edward M. Richters, Esq.
Jackson Lewis LLP
Attorneys at Law
90 State House Square
8th Floor
Hartford, CT  06103-3708


By: _____
Edmond Clark